UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00030-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SEAN JOVAN SWANSON,

    Defendant.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was received in the above captioned matter on March 17, 2011.  Accordingly, the 3-day jury trial set to commence Monday, April 18, 2011, is **VACATED**.  A Change of Plea Hearing is **SET** for **Monday, May 9, 2011, at 11:00 a.m.** in Courtroom A-1002.

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

    Dated:  March 17, 2011