UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00030-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SEAN JOVAN SWANSON,

    Defendant.

## ORDER

The government's motion for the three level acceptance of responsibility reduction pursuant to §3E1.1 having come before the Court and the Court being fully advised, it is hereby

ORDERED that Government's Motion Regarding Acceptance of Responsibility (ECF Doc. #22), filed August 25, 2011, is **GRANTED.**  It is further

ORDERED that the Defendant receive the 3 levels reduction in the offense level for acceptance of responsibility as provided by §3E1.1(b).

Dated:  August 31, 2011.

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              WILEY Y. DANIEL,
                                              CHIEF UNITED STATES DISTRICT JUDGE